*03-15-00194-CV*                                        File at County Clerk's Office.

**Instructions for Tenant:**
Schedule the trial by calling the County Courts at Law Offices (512) 854-9241 or (512) 854-9249.
File the completed, signed form in the County Clerk's Office.
Send a copy to the Plaintiff/Landlord by certified mail return receipt requested, fax, or personal delivery.

*Jason Musick d/b/a Capital City Real Estate*
Name of Plaintiff/Landlord

**Cause No:** CI-CV-15-002112

In County Court at Law, # 1

v.

*W. Shannon Bormon*
Name of Defendant/Tenant

Travis County, Texas

2015 APR 16 PM 3:52
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS
FILED FOR RECORD

### Tenant's Notice of Trial Setting

To: *Jason Musick d/b/a Capital City Real Estate*
Print name of Plaintiff/Landlord.

The trial of this case is set on this date: _____ and at this time: _____ .m.
month / day / year

The trial will take place in County Court at Law #1 or #2, both located on the second floor of the Heman Marion Sweatt Civil Courthouse, 1000 Guadalupe Street, Austin, Texas 78701.

▶ *W. Shannon Bormon*
**Your Signature**

Your Printed Name  W. Shannon Bormon

Your full Address:  901 Norton Highlands
                    Austin          Texas         78745
                    City            State         Zip Code

Phone Number: (512) 420-3955
Fax Number: (_____) _____-_____ (if available)

RECEIVED
APR 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

### Certificate of Service

I certify that a complete copy of this document was delivered to Plaintiff/Landlord's agent of record on this date by: *(Check one.)*

☐ Certified mail, return receipt requested
    *(Bring receipt stamped with date of mailing and green return receipt card to court.)*

☐ Fax, to fax # (_____)-_____ ,
    *(Bring fax confirmation to court.)*

☐ Hand delivery
    *(Bring signed acknowledgment of delivery from Plaintiff/Landlord to court.)*

▶ _____        _____
**Your Signature**                                        **Date**

03-15-00194-CV

*Garson Music d/b/a Capital City Real Estate*
Name of Plaintiff/Landlord

Cause No: C-1-CV-15-002112

v.

*W Shannon Bergman*
Name of Defendant/Tenant

In County Court at Law, # 1

Travis County, Texas

FILED FOR RECORD
2015 APR 16 PM 3:52
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

# Motion for Appointed Attorney

I am the Defendant/Tenant in this case.

I filed this appeal by filing an Affidavit of Inability to Pay Cost of Appeal or File Appeal Bond.

I cannot afford to hire an attorney.

I respectfully ask the Court to appoint an attorney to represent me in this appeal of my eviction.

Your Signature: *W Shannon Bergman*

Your Printed Name: *W Shannon Bergman*

Address: *904 Austin Highlands*

City: *Austin*  State: TX  Zip Code: *78745*

Phone Number: *(512) 420-3955*

RECEIVED
APR 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# Certificate of Service

I certify that a complete copy of this document was delivered to the Plaintiff/Landlord's agent of record on this date by:

*(Check one.)*

☐ Certified mail, return receipt requested

☐ Fax, to fax # (_____) _____-_____

☐ Hand delivery

▶ _____     _____

*Your Signature*                                              *Date*